# EXHIBIT D

Evidence of Use Regarding Infringement of U.S. Patent No. 7,277,572

| Claim 1 | Williams-Sonoma, Inc. |
|---|---|
| 1. A method in a client-server computing environment for generating and rendering a photorealistic three-dimensional (3D) perspective view of a 3D object selectively positioned within a 3D scene, the method comprising: | Defendant Williams-Sonoma, Inc. ("Defendant" or "Williams-Sonoma") provides and uses the Pottery Barn augmented reality ("AR") products and tools, including but not limited to the "View in Your Space" tool and/or the augmented reality tool available on Defendant' mobile application (the "Pottery Barn Mobile App"), and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions (the "Accused Products"), performs (and/or instructs end users to perform) a method in a client-server computing environment for generating and rendering a photorealistic three-dimensional (3D) perspective view of a 3D object selectively positioned within a 3D scene. Williams-Sonoma (through its mobile application) provides one or more servers and client applications for generating and rendering a photorealistic 3D perspective view of a console table object positioned within a 3D scene. *See* **FIGs. 1-4**. The combination of server-side and client-side software, firmware, and app, which are all provided by Williams-Sonoma, directly performs each step of at least claim 1 of the '572 patent, as explained in further detail below. |



Evidence of Use Regarding Infringement of U.S. Patent No. 7,277,572

| Claim 1 | Williams-Sonoma, Inc. |
|---|---|
| | Second, if the term "client" were construed to require it to be a physical device (it should not be so construed because the specification describes non-hardware clients), the mobile device running the Pottery Barn Mobile App is a client and the "View in Room" or similar functionality provided by said mobile apps as illustrated in the screenshots contained herein is a client application. *See* **FIGs. 5-6.** Here, the Pottery Barn mobile app causes the mobile device to operate a client application configured for scene editing and rendering, including a graphical user interface (GUI). <br><br>Third, if the term "client" were construed to require it to be a physical device (it should not be so construed because the specification describes non-hardware clients), Pottery Barn also infringes the claimed method of the '572 patent under the doctrine of equivalents because a person of ordinary skill in the art ("POSITA") would understand that a mobile app functions as a "client" on a modern device with substantially the same function (operating a client application), in substantially the same way (processing code to present a GUI and scene editing), with substantially the same result (presenting a GUI and scene editing)." |

Evidence of Use Regarding Infringement of U.S. Patent No. 7,277,572

| Claim 1 | Williams-Sonoma, Inc. |
|---|---|
| | <br>**FIG. 5**      **FIG. 6** |
| (c) displaying a 3D scene with the GUI; | Williams-Sonoma, using the Accused Products, performs a step of displaying a 3D scene with the GUI. Williams-Sonoma, using the Accused Products, displays a 3D scene via the software. For example, the Pottery Barn Mobile App displays a 3D scene with the GUI (**FIGs. 7-8**); |

Evidence of Use Regarding Infringement of U.S. Patent No. 7,277,572

## Williams-Sonoma, Inc.

| Claim 1 | |
|---|---|
| | <br><br>**FIG. 7**          **FIG. 8** |
| (d) configuring the 3D scene for being selectively displayed in a plurality of views; | Williams-Sonoma, using the Accused Products, performs a step of configuring the 3D scene for being selectively displayed in a plurality of views. Williams-Sonoma configures the 3D scene, via use of a smartphone camera, to selectively obtain and display the 3D scene in a plurality of views, such as via different angles, different lighting, etc. (**FIGs. 9-12**). For example, the Williams-Sonoma View mobile application configures the 3D scene for being selectively displayed in a plurality of views (**FIGs. 9-12**). |

Evidence of Use Regarding Infringement of U.S. Patent No. 7,277,572



| Claim 1 | Williams-Sonoma, Inc. |
|---|---|
| (e) retrieving at least one 3D object from the server; | Williams-Sonoma, using the Accused Products, performs a step of retrieving at least one 3D object from the server. Williams-Sonoma, using the Accused Products, retrieves at least one 3D object, such as a console table or a coffee table, from one or more Williams-Sonoma servers. *See* **FIG. 14** (Pottery Barn console); **FIG. 13** (Pottery Barn end table). For example, the Pottery Barn Mobile App retrieves at least one 3D object from the server. *See* **FIGs. 13-14**. |

Page |D-6

Page |6

Evidence of Use Regarding Infringement of U.S. Patent No. 7,277,572

| Claim 1 | Williams-Sonoma, Inc. |
|---|---|
| (f) importing the 3D object into the 3D scene to generate a composite; |   **FIG. 13**   **FIG. 14**  Williams-Sonoma, using the Accused Products, performs a step of importing the 3D object into the 3D scene to generate a composite. Williams-Sonoma, using the Accused Products, imports the 3D object, such as the selected console table into the 3D scene to generate a composite comprising the 3D scene and the selected 3D object. For example, Williams-Sonoma, using the Pottery Barn Mobile App, imports the 3D object, such as the console table, into the 3D scene to generate a composite comprising the 3D scene and the selected 3D object. *See* **FIGs. 15-18**. |

Page |7



Evidence of Use Regarding Infringement of U.S. Patent No. 7,277,572

| Claim 1 | Williams-Sonoma, Inc. |
|---|---|
| | <br>**FIG. 19**     **FIG. 20**     **FIG. 21**     **FIG. 22** |
| (h) rendering a 3D image of the composite at the client; | Williams-Sonoma, using the Accused Products, performs a step of rendering a 3D image of the composite at the client. Williams-Sonoma, using the Accused Products, renders a 3D image, comprising the selected 3D object and the 3D scene, at the Williams-Sonoma client software. *See* **FIGs. 19-22** (*supra*). For example, the Pottery Barn Mobile App render 3d images of the composite at the client. |
| (i) selectively reconfiguring the 3D image in real time; | Williams-Sonoma, using the Accused Products, performs a step of selectively reconfiguring the 3D image in real time. Williams-Sonoma, using the Accused Products, selectively reconfigures the 3D image, comprising the selected 3D object and the 3D scene, in real time, such as by changing the view of the 3D object and the 3D scene in real time as a viewing location and/or angle viewing changes. *See* |

Page |9

Evidence of Use Regarding Infringement of U.S. Patent No. 7,277,572

| Claim 1 | Williams-Sonoma, Inc. |
|---|---|
| | **FIGs. 23-24.** For example, the Pottery Barn Mobile App selectively reconfigures the 3D image in real time (**FIGs. 23-24**).<br><br><br><br>**FIG. 23**  **FIG. 24** |
| (j) applying luminosity characteristics to the 3D image; and | Williams-Sonoma, using the Accused Products, performs a step of applying luminosity characteristics to the 3D image. As described in the '572 Patent specification, "luminosity effects, including ray tracing, radiosity, shadow effects, layering, texturing, and combinations thereof." Williams-Sonoma, using the Accused Products, applies luminosity characteristics to the 3D image, including, for example, by |

Page |D-10

Page |10

Evidence of Use Regarding Infringement of U.S. Patent No. 7,277,572

| Claim 1 | Williams-Sonoma, Inc. |
|---|---|
| | creating shadow effects in the 3D image and/or providing texturing. *See* **FIGs. 25-26**. For example, the Williams-Sonoma View mobile application applies luminosity characteristics to the 3D image (**FIGs. 25-26**).<br><br>**FIG. 25**        **FIG. 26** |
| (k) rendering, with the client application, a photorealistic 3D view of the composite image, | Williams-Sonoma, using the Accused Products, performs a step of rendering, with the client application, a photorealistic 3D view of the composite image, including the luminosity characteristics. Williams-Sonoma renders, using the Accused Products, a photorealistic 3D view of the composite image, including the luminosity characteristics, such as one or more shadows in the 3D view and/or texturing in the 3D view, to provide a photorealistic view of a console item and a coffee table item. *See* **FIGs. 25-26** (*supra*). |

Evidence of Use Regarding Infringement of U.S. Patent No. 7,277,572

| Claim 1 | Williams-Sonoma, Inc. |
|---|---|
| including the luminosity characteristics. | For example, the Williams-Sonoma View mobile application renders a photorealistic 3D view of the composite image, including the luminosity characteristics, such as one or more shadows in the 3D view and/or texturing in the 3D view, to provide a photorealistic view of a cabinet item, as shown in the Figures above. |

Page |12